1242

■ In the Matter of Francesco Manzella, Respondent, v Dawn Milano, Appellant. [919 NYS2d 854]—

"In order to modify an existing custody or visitation arrangement, there must be a showing that there has been a change in circumstances such that modification is required to protect the best interests of the child" (*Matter of Arduino v Ayuso*, 70 AD3d 682, 682 [2010]; *see Matter of Quinones v Ibarrondo*, 67 AD3d 686, 686 [2009]). "The court's determination [with respect to custody and visitation] depends to a great extent upon its assessment of the credibility of the witnesses and upon the character, temperament, and sincerity of the parents" (*Matter of Blanco v Corbett*, 8 AD3d 374, 374 [2004]). As such, the credibility findings of the hearing court are entitled to great weight and should not be disturbed unless they lack a sound and substantial basis in the record (*see Matter of Sinnott-Turner v Kolba*, 60 AD3d 774, 775 [2009]; *Cashel v Cashel*, 46 AD3d 501 [2007]). Here, contrary to the mother's contention, the Family Court's determination had a sound and substantial basis in the record.

The mother's remaining contentions are without merit. Rivera, J.P., Dickerson, Eng and Lott, JJ., concur.